IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| JUXTACOMM-TEXAS SOFTWARE, LLC | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | Civil Action No. 6:10-CV-00011-LED |
| | § | |
| AXWAY, INC., et al, | § | JURY DEMAND |
| | § | |
| DEFENDANTS. | § | |

## JOINT MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 41(a)(2) and (c), Plaintiff JuxtaComm-Texas Software, LLC ("JuxtaComm") and Defendant Axway, Inc. ("Axway") hereby move this Court to dismiss in their entirety and with prejudice, JuxtaComm's claims against Axway and Axway's counterclaims against JuxtaComm, with each party to bear its own costs, expenses and attorneys' fees.

Dated:  November 17, 2010                Respectfully Submitted,

**Akin Gump Strauss Hauer & Feld LLP**

_/s/ R. Laurence Macon_
R. LAURENCE MACON
State Bar No. 12787500
lmacon@akingump.com
KIRT S. O'NEILL
State Bar No. 00788147
koneill@akingump.com
MELANIE G. COWART
State Bar No. 04920100
mcowart@akingump.com
300 Convent Street, Suite 1600
San Antonio, Texas 78205-3732
Telephone: (210) 281-7000
Fax: (210) 224-2035

MICHAEL L. KIKLIS
District of Columbia Bar No. 462690
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564
Telephone: (202) 887-4000
Fax: (202) 887-4288

– and –

**LOCAL COUNSEL**

T. JOHN WARD, JR.
**WARD & SMITH LAW FIRM**
P.O. Box 1231
Longview, Texas 75606-1231
Telephone:  (903) 757-6400
Fax:  (903) 757-2323
jw@jwfirm.com

**ATTORNEYS FOR PLAINTIFF**
**JUXTACOMM-TEXAS SOFTWARE, LLC**


– and –

**FISH & RICHARDSON P.C.**

/s/ Kelly C. Hunsaker (R. Laurence Macon with permission)
Kelly C. Hunsaker
(admitted *pro hac vice*)
(e-mail: hunsaker@fr.com)
Jonathan J. Lamberson
(admitted *pro hac vice*)
(e-mail: Lamberson@fr.com)
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

        Jonathan E. Singer
        (admitted *pro hac vice*)
        (e-mail: singer@fr.com)
        60 S. 6th Street, Suite 3200
        Minneapolis, MN 55402
        Telephone: (612) 335-5070
        Facsimile: (612) 288-9696

        W. Chad Shear
        Texas State Bar No. 24013493
        (e-mail: shear @fr.com)
        1717 Main Street, Suite 5000
        Dallas, Texas 75201
        Telephone:    (214) 747-5070
        Facsimile:    (214) 747-2091

        **ATTORNEYS FOR DEFENDANT**
        **AXWAY, INC.**

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this Motion was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(b)(1).  Pursuant to Fed. R. Civ. P. 5(a)-(d) and Local Rule CV-5(b)(2), all other counsel or record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 17th day of November 2010.

                */s/ R. Laurence Macon*
                R. LAURENCE MACON