**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| JUXTACOMM-TEXAS SOFTWARE, LLC | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | Civil Action No. 6:10-CV-00011-LED |
| | § | |
| AXWAY, INC., et al, | § | |
| | § | |
| DEFENDANTS. | § | |

**ORDER
DENYING VITRIA'S MOTION TO MODIFY THE P.R. 4-3 DEADLINE**

Before the Court is Defendant Vitria Technology, Inc.'s[1] *Motion to Modify the P.R. 4-3 Deadline* [Docket No. 424]. After considering the motion, the Court is of the opinion that said motion should be DENIED. The deadline for the parties to comply with P.R. 4-3 is March 7, 2011, the date scheduled in the Court's July 23, 2010 Docket Control Order [Docket No. 289].

**So ORDERED and SIGNED this 17th day of February, 2011.**



**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**

---

[1] Defendants Progress Software Corp, Iona Technologies Ltd., and Rotech Healthcare Inc. joined Vitria in the Motion.

200397418 v1