# CASE NO. 6:10-CV-11

# JUXTACOMM-TEXAS SOFTWARE
# V
# AXWAY, INC., ET AL

## May 24, 2011 - MARKMAN HEARING

PLEASE PRINT CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Johnny Ward | Juxtacomm |
| Larry Macon | " |
| Melanie Cowart | " |
| Holly DeKan | " |
| Kirt O'Neil | " |
| Allen Gardner | Red Hat |
| Paul Steadman | " |
| Andy Heinz | " |
| Mike Jones | " |
| Deborah Race | Magic & Lawson |
| Hulda Galvan | SAS/DataFlux |
| Keith Davis | " |
| Chiji Offor | " |
| James Wang | " |
| Steve Bauer | Progress, Iona & Rotech |
| Jeremy Orcek | " |
| Jennifer Ainsworth | " |
| Chad Huston | Pervasive Software |
| Trey Yarbrough | TIBCO Software & Ricoh Americas |
| Jonah Mitchell | Ricoh Americas & TIBCO Software |
| Blake C. Erskine | Vitria |
| Darren Donnelly | Vitria |