# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| JUXTACOMM-TEXAS SOFTWARE, LLC § <br> § <br> PLAINTIFF, § <br> § <br> v. § <br> § <br> AXWAY, INC., et al, § <br> § <br> DEFENDANTS. § | Civil Action No. 6:10-CV-00011-LED <br> **JURY DEMAND** |

## ORDER GRANTING JOINT MOTION TO AMEND THE DOCKET CONTROL ORDER

The Court, having considered the Joint Motion by Plaintiff JuxtaComm-Texas Software, LLC and Defendant Vitria Technology, Inc. for an extension of certain deadlines relating to expert reports and discovery, finds good cause that the Motion should be **GRANTED**. It is therefore **ORDERED** that the following amendments to the Docket Control Order shall be made:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Opening Infringement, Invalidity & Damages Reports related to Vitria | 7/20/2011 | 8/30/2011 |
| Rebuttal Validity, Non-Infringement & Damages Reports related to Vitria | 8/19/2011 | 9/19/2011 |
| Discovery Deadline as between JuxtaComm & Vitria only | 8/29/2011 | 10/7/2011 |

**So ORDERED and SIGNED this 19th day of July, 2011.**



LEONARD DAVIS
UNITED STATES DISTRICT JUDGE

4