**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

|  |  |
|---|---|
| JUXTACOMM-TEXAS SOFTWARE, LLC, | Civil Action No. 6:10-CV-00011 (LED) |
| Plaintiff, | |
| v. | JURY TRIAL DEMANDED |
| AXWAY, INC.,<br>BRITISH AIRWAYS PLC,<br>DATAFLUX CORPORATION,<br>IONA TECHNOLOGIES LIMITED,<br>INSIGHT ENTERPRISES, INC.,<br>LAWSON SOFTWARE, INC.,<br>LAWSON SOFTWARE AMERICAS, INC.,<br>L'OCCITANE, INC.,<br>MAGIC SOFTWARE ENTERPRISES, INC.,<br>MAGIC SOFTWARE ENTERPRISES LTD.,<br>OFFICE DEPOT, INC.,<br>PERVASIVE SOFTWARE, INC.,<br>PROGRESS SOFTWARE CORPORATION,<br>RED HAT, INC.,<br>RICOH AMERICAS CORPORATION,<br>ROTECH HEALTHCARE, INC.,<br>SAS INSTITUTE, INC.,<br>SCHENKER, INC.,<br>SECO TOOLS, INC.,<br>SONIC SOFTWARE CORPORATION,<br>TIBCO SOFTWARE INC., and<br>VITRIA TECHNOLOGY, INC.,<br><br>Defendants. | |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO**
**AMEND THE DOCKET CONTROL ORDER**

The Court, having considered Iona Technologies Limited, Lawson Software, Inc.,

Lawson Software Americas, Inc., Magic Software Enterprises, Inc., Magic Software Enterprises,

Ltd., Pervasive Software, Inc., Progress Software Corporation, Rotech Healthcare Inc., TIBCO

Software Inc., and Ricoh Americas Corporation (collectively, "the Moving Defendants")'s

Unopposed Motion for Leave to Amend the Docket Control Order, which seeks an extension of

certain deadlines relating to expert reports and discovery, finds good cause that the Motion

should be GRANTED.  It is therefore ORDERED that the following amendments to the Docket

Control Order shall be made:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Opening Infringement, Invalidity, and Damages Reports related to the Moving Defendants | July 20, 2011 | Aug. 5, 2011 |
| Rebuttal Validity, Non-Infringement, and Damages Reports related to the Moving Defendants | Aug. 19, 2011 | Sept. 2, 2011 |
| Discovery Deadline between JuxtaComm and the Moving Defendants | Aug. 29, 2011 | Sept. 23, 2011 |
| Supplemental Invalidity Report in which Moving Defendants rely on SAS's Invalidity Expert as to any SAS Prior Art Reference | July 20, 2011 | Aug. 30, 2011 |
| Supplemental Validity Report in Response to Supplemental Invalidity Report in which Moving Defendants rely on SAS's Invalidity Expert as to any SAS Prior Art Reference | Aug. 19, 2011 | Sept. 19, 2011 |

**So ORDERED and SIGNED this 21st day of July, 2011.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**