# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **JUXTACOMM-TEXAS SOFTWARE, LLC,** | CIVIL ACTION NO. 6:10 cv 0011 |
| **PLAINTIFF** | JURY DEMANDED |
| vs. | |
| **AXWAY, INC., et al.** | |
| **DEFENDANTS** | |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule 11(d), Bijal V. Vakil and Shamita D. Etienne-Cummings hereby move on behalf of themselves and White & Case LLP (collectively, "White & Case") for an order allowing them to withdraw their appearance on behalf of Defendants Lawson Software, Inc., and Lawson Software Americas, Inc. (collectively, "Lawson"). Lawson has retained Gibson Dunn to represent it in this matter and attorneys for Gibson Dunn have entered their appearance on behalf of Lawson. White & Case LLP's withdrawal will not create any delay or prejudice to the continued litigation of this case.

Dated: July 27, 2011

Respectfully submitted,

By:    /s/ Bijal V. Vakil
       Bijal V. Vakil

Bijal V. Vakil
Shamita D. Etienne-Cummings
White & Case LLP
5 Palo Alto Square, 9th Floor
3000 El Camino Real
Palo Alto, CA 94306

Telephone: 650.213.0300
Facsimile:  650.213.8158
bvakil@whitecase.com
setienne@whitecase.com

ATTORNEYS FOR DEFENDANTS
LAWSON SOFTWARE, INC., AND
LAWSON SOFTWARE AMERICAS, INC.

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 27th day of July, 2011.

                                             */s/ Bijal V. Vakil*
                                             Bijal V. Vakil