**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| JUXTACOMM-TEXAS SOFTWARE, LLC<br><br>    PLAINTIFF,<br><br>v.<br><br>AXWAY, INC., et al,<br><br>    DEFENDANTS. | Civil Action No. 6:10-CV-00011-LED<br><br>JURY DEMANDED |

**ORDER GRANTING JOINT MOTION FOR LEAVE TO SERVE SUPPLEMENTAL
INFRINGEMENT CONTENTIONS AND INVALIDITY CONTENTIONS**

Came on for consideration the Joint Motion for Leave to Serve Supplemental Infringement Contentions and Invalidity Contentions. After considering the motion, the Court is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that the Joint Motion for Leave to Serve Supplemental Infringement Contentions and Invalidity Contentions is GRANTED. Plaintiff JuxtaComm-Texas Software, LLC may serve supplemental infringement contentions on Lawson, and on or before September 2, 2011, Defendants Lawson Software Inc. and Lawson Software Americas, Inc. may serve supplemental invalidity contentions on JuxtaComm, and on or before September 2, 2011.

**So ORDERED and SIGNED this 9th day of August, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**