**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| JUXTACOMM-TEXAS SOFTWARE, LLC<br><br>    PLAINTIFF,<br><br>v.<br><br>AXWAY, INC., et al,<br><br>    DEFENDANTS. | Civil Action No. 6:10-CV-00011-LED<br><br>JURY DEMANDED |

**ORDER GRANTING JOINT MOTION TO AMEND DOCKET CONTROL ORDER REGARDING EXPERT REPORTS AND DISCOVERY**

Came on for consideration the Joint Motion to Amend Docket Control Order Regarding Expert Reports and Discovery. After considering the motion, the Court is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that the Joint Motion to Amend Docket Control Order Regarding Expert Reports and Discovery is hereby GRANTED, and that (1) Lawson may serve a supplemental invalidity expert report on or before September 2, 2011; (2) JuxtaComm may serve a supplemental rebuttal expert report on or before September 30, 2011; and (3) discovery between JuxtaComm and Lawson will close on October 7, 2011.

**So ORDERED and SIGNED this 9th day of August, 2011.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**