# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| JUXTACOMM-TEXAS SOFTWARE, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> AXWAY, INC., <br> DATAFLUX CORPORATION, <br> IONA TECHNOLOGIES LIMITED, <br> LAWSON SOFTWARE, INC., <br> LAWSON SOFTWARE AMERICAS, INC., <br> MAGIC SOFTWARE ENTERPRISES, INC., <br> MAGIC SOFTWARE ENTERPRISES LTD., <br> PERVASIVE SOFTWARE, INC., <br> ROTECH SOFTWARE CORPORATION, <br> RED HAT, INC., <br> RICOH AMERICAS CORPORATION, <br> ROTECH HEALTHCARE, INC., <br> SAS INSTITUTE, INC., <br> SCHENKER, INC., <br> SECO TOOLS, INC., <br> TIBCO SOFTWARE INC., and <br> VITRIA TECHNOLOGY, INC., <br><br> *Defendant*. | Civil Action No. 6:10-cv-00011-LED <br><br> **JURY TRIAL DEMANDED** |

## REQUEST FOR TERMINATION OF ELECTRONIC NOTICES

NOW COMES John F. Bufe of Potter Minton, PC, and pursuant to Rule CV-11(f), request that the Clerk of this Court remove his name from the list of persons authorized to receive electronic notices in the above-styled and numbered civil action.

Date:  September 14, 2011    Respectfully submitted,

    */s/  John F. Bufe*
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
John F. Bufe
State Bar No. 03316930
johnbufe@potterminton.com
POTTER MINTON P.C.
110 N. College Ave., Ste. 500
Tyler, TX  75702
**T**   (903) 597-8311
**F**   (903) 593-0846

Paul R. Steadman, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200

James E. Marina (*pro hac vice*)
Andrew G. Heinz (*pro hac vice*)
KIRKLAND & ELLIS LLP
Citigroup Center
601 Lexington Avenue
New York, NY  10022-4675
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900

*Attorneys for Defendant*
**RED HAT, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 14, 2011. Any other counsel of record will be served by First Class U.S. mail on this same date.

    */s/ John F. Bufe*
John F. Bufe