# EXHIBIT H

## TO PLAINTIFF'S EMERGENCY MOTION FOR A CASE MANAGEMENT CONFERENCE

# AKIN GUMP
# STRAUSS HAUER & FELD LLP

Attorneys at Law

R. LAURENCE MACON
210.281.7222/1.210.224.2035
lmacon@akingump.com

July 29, 2011

**VIA E-MAIL**

Paul Torchia
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166

      Re: *JuxtaComm-Texas Software, LLC v. Axway, Inc., et al.*; Civil Action No. 6:10-cv-00011-LED; In the United States District Court for the Eastern District of Texas, Tyler Division

Dear Mr. Torchia:

      We write to follow up on your call with Mike Kiklis, Melanie Cowart, and John Gianola today.

      In the call, we discussed the difficulties we have experienced in trying to install the executables that Lawson produced. Given these difficulties, we requested that Lawson allow us to inspect the accused products at one of Lawson's facilities. You represented that no such facility exists at Lawson.

      Also, you represented that executables for the following products do not exist:

- M3 versions other than 7.1 and 10.1;

- Business Component Integrator;

- ProcessFlow Integrator versions other than 9.0 and 9.0.1 (already produced);

- ProcessFlow Standard; and

- ProcessFlow Professional.

Therefore, we understand that Lawson will not rely upon executables of these products, or any others that are not produced to JuxtaComm, in any expert report or at trial because they do not exist.

      We believe Lawson has produced the following products:

AKIN GUMP
STRAUSS HAUER & FELD LLP
Attorneys at Law

Paul Torchia
July 29, 2011
Page 2

- Lawson System Foundation, versions 9.0.0 and 9.0.1;

- M3 System Foundation, versions 7.1 and 10.1;

- ProcessFlow Integrator, versions 9.0 and 9.0.1.

Based upon Lawson documentation (including, for example, LAWSON00093084), we believe these products should function on Windows Server 2008 SP2 and Windows Server 2008 R2. But both of these are 64-bit operating systems and the Lawson Core Technology (LSFCT) executables produced appear to be 32-bit applications. Please either (a) supply us with executables that can be installed on the above-named versions of Windows or (b) confirm the versions of the executables you have already produced and identify the supported versions of Windows for these products.

Finally, with regard to the ProcessFlow Integrator executables, we believe the 9.0.1 version may be corrupt because certain error messages appeared when we attempted to install the product and because the file size of the 9.0.1 version is a fraction of the size of the 9.0.0 version. We therefore request that Lawson produce a new executable.

Thank you.

Sincerely,

*R. Laurence Macon* (signature)

R. Laurence Macon

cc: T. John Ward, Jr., Esq.     (via e-mail)