IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **JUXTACOMM-TEXAS SOFTWARE, LLC,** | § § § § | |
| Plaintiff | § § | **CASE NO. 6:10CV11** |
| vs. | § § | **PATENT CASE** |
| **AXWAY, INC., et al.,** | § § § | |
| Defendants | § | |

### ORDER

As stated at the hearing, the Court **DENIES** Defendants' Motion to Stay All Proceedings in View of the Final Rejection of All Asserted Claims of the '662 Patent During Reexamination (Docket No. 529). The Court also resolves the following motions:

- Joint Motion for Extension of Mediation Deadline (Docket No. 543) is **GRANTED**;

- Joint Motion for Time Extension for Plaintiff Juxtacomm to File Reply in Support of Motion to Compel (Docket No. 567) is **DENIED as MOOT**;

- Joint Motion for Leave (1) To Serve Amended Infringement Contentions and Amended Invalidity Contentions and (2) To Amend Docket Control Order Regarding Supplemental Expert Invalidity Report and Supplemental Rebuttal Validity Report (Docket No. 572) is **GRANTED**;

- Defendants Lawson Software, Inc. and Lawson Software Americas, Inc.'s Unopposed Motion for Extension of Time to Reply to Juxtacomm's Opposition to Lawson's Motion for Summary Judgment (Docket No. 593) is **DENIED as MOOT**; and

- Defendant Pervasive Software Inc.'s Unopposed Motion to Amend Docket Control Order

(Docket No. 621) is **GRANTED**.

**So ORDERED and SIGNED this 11th day of October, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**