**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| JUXTACOMM-TEXAS SOFTWARE, LLC | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | Civil Action No. 6:10-CV-00011-LED |
| | § | |
| AXWAY, INC., et al, | § | **JURY DEMAND** |
| | § | |
| DEFENDANTS. | § | |

<u>**DECLARATION OF MELANIE G. COWART**</u>

I, Melanie G. Cowart, declare and state as follows:

1.      I am licensed to practice law in the state of Texas and am admitted to this court.  I am a senior counsel with the law firm of Akin Gump Strauss Hauer & Feld, LLP ("Akin Gump").  Akin Gump represents Plaintiff JuxtaComm-Texas Software, LLC ("JuxtaComm") in the above-captioned lawsuit.  I have personal knowledge of the matters stated in this declaration and would testify to them under oath if called upon to do so.

2.      A true and correct copy of the following document is attached hereto:

**Exhibit 3:** Apr. 25, 2011 – Communication from Lawson stating that it would supplement its executable production

**Exhibit 4:** Oct. 17, 2011 – Correspondence regarding Motion for Case Mgmt. Conf. and requesting meet and confer

**Exhibit 5**: Oct. 31, 2011 – Correspondence following-up on request for meet and confer regarding deficient executable production

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of November 2011.

**Melanie G. Cowart**