IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| JUXTACOMM-TEXAS SOFTWARE, LLC | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | Civil Action No. 6:10-CV-00011-LED |
| | § | |
| AXWAY, INC., et al, | § | JURY DEMAND |
| | § | |
| DEFENDANTS. | § | |

## JOINT MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 41(a)(2) and (c) and the *Stipulation in Support of Motion to Dismiss Defendant Ricoh Americas Corporation*, Plaintiff JuxtaComm-Texas Software, LLC ("JuxtaComm") and Defendant Ricoh Americas Corporation ("Ricoh") hereby move this Court to dismiss in their entirety and with prejudice JuxtaComm's claims against Ricoh.  JuxtaComm and Ricoh further move this Court to dismiss in their entirety and without prejudice Ricoh's counterclaims against JuxtaComm.  Each party shall bear its own costs, expense and attorneys' fees.

Dated:   November 10, 2011                   Respectfully Submitted,

**Akin Gump Strauss Hauer & Feld LLP**

*/s/ R. Laurence Macon (with permission)*
R. LAURENCE MACON
State Bar No. 12787500
lmacon@akingump.com
KIRT S. O'NEILL
State Bar No. 00788147
koneill@akingump.com
MELANIE G. COWART
State Bar No. 04920100
mcowart@akingump.com
300 Convent Street, Suite 1600
San Antonio, Texas 78205-3732

Telephone: (210) 281-7000
Fax: (210) 224-2035
MICHAEL L. KIKLIS
District of Columbia Bar No. 462690
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564
Telephone: (202) 887-4000
Fax: (202) 887-4288

– and –

T. JOHN WARD, JR.
**WARD & SMITH LAW FIRM**
P.O. Box 1231
Longview, Texas 75606-1231
Telephone:  (903) 757-6400
Fax:  (903) 757-2323
jw@jwfirm.com

**ATTORNEYS FOR PLAINTIFF
JUXTACOMM-TEXAS SOFTWARE, LLC**


 */s/ Jonah D. Mitchell*
Scott D. Baker (*Pro Hac Vice*)
John P. Bovich (*Pro Hac Vice*)
Jonah D. Mitchell (*Pro Hac Vice*)
Eric L. Toscano (*Pro Hac Vice*)
**REED SMITH LLP**
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269
Email: sbaker@reedsmith.com
Email: jbovich@reedsmith.com
Email: jmitchell@reedsmith.com
Email: etoscano@reedsmith.com


Trey Yarbrough
Bar No. 22133500
Debby E. Gunter
Bar No. 24012752
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson, Ste. 1015
Tyler, TX 75702

2

(903) 595- 3111
Fax: (903) 595-0191
trey@yw-lawfirm.com
debby@yw-lawfirm.com

**ATTORNEYS FOR DEFENDANT
RICOH AMERICAS CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this Motion was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(b)(1).  Pursuant to Fed. R. Civ. P. 5(a)-(d) and Local Rule CV-5(b)(2), all other counsel or record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 11th day of November 2011.

*/s/ Jonah D. Mitchell*
Jonah D. Mitchell