IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **JUXTACOMM-TEXAS SOFTWARE, LLC,** <br><br> **PLAINTIFF** <br><br> vs. <br><br> **AXWAY, INC., et al.** <br><br> **DEFENDANTS** | CIVIL ACTION NO. 6:10-CV-00011 (LED) <br><br> JURY DEMANDED |

DEFENDANTS LAWSON SOFTWARE, INC. AND LAWSON SOFTWARE
AMERICAS, INC.'S NOTICE PURSUANT TO NOVEMEBR 17, 2011 ORDER
(DOCKET ITEM NO.878)

Pursuant to the Court's November 17, 2011 order (Docket Item No. 878), Defendants Lawson Software, Inc. and Lawson Software Americas, Inc.'s ("Lawson") respectfully notify this Court that the following motions scheduled for hearing on December 7, 2011 and relating to Lawson remain unresolved:

- Motion to Stay Proceedings in View of Imminent Appeal of Final PTO Action Invalidating Asserted Claims (Doc. No. 625);

- Motion to Modify the Docket Control Order (Doc. No. 655);

- Motion for Leave to Serve Supplemental Expert Report (Doc. No. 666);

- Motion to Amend/Correct Answer to First Amended Complaint (Doc. No. 852);

- Motion for Severance Followed By Separate Trials (Doc. No. 853).

1

Dated: November 18, 2011　　　　　　　　/s/ Steven M. Kalogeras

　　　　　　　　　　　　　　　　　　　　Josh A. Krevitt
　　　　　　　　　　　　　　　　　　　　Paul E. Torchia
　　　　　　　　　　　　　　　　　　　　Steven M. Kalogeras
　　　　　　　　　　　　　　　　　　　　Joshua Furman
　　　　　　　　　　　　　　　　　　　　Gibson Dunn & Crutcher - NYC
　　　　　　　　　　　　　　　　　　　　200 Park Ave., 48th Floor
　　　　　　　　　　　　　　　　　　　　New York, NY 10166
　　　　　　　　　　　　　　　　　　　　Telephone:  (212) 351-4000
　　　　　　　　　　　　　　　　　　　　Facsimile:  (212) 351-4035
　　　　　　　　　　　　　　　　　　　　jkrevitt@gibsondunn.com
　　　　　　　　　　　　　　　　　　　　ptorchia@gibsondunn.com
　　　　　　　　　　　　　　　　　　　　skalogeras@gibsondunn.com
　　　　　　　　　　　　　　　　　　　　jfurman@gibsondunn.com

　　　　　　　　　　　　　　　　　　　　Mark N. Reiter
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 16759900
　　　　　　　　　　　　　　　　　　　　Mandy Pezzano
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24074886
　　　　　　　　　　　　　　　　　　　　Gibson Dunn & Crutcher – Dallas
　　　　　　　　　　　　　　　　　　　　2100 McKinney Avenue, Suite 1100
　　　　　　　　　　　　　　　　　　　　Dallas, TX 75201-6912
　　　　　　　　　　　　　　　　　　　　Telephone:  (214) 698-3100
　　　　　　　　　　　　　　　　　　　　Facsimile:  (214) 571-2900
　　　　　　　　　　　　　　　　　　　　mreiter@gibsondunn.com
　　　　　　　　　　　　　　　　　　　　mpezzano@gibsondunn.com

　　　　　　　　　　　　　　　　　　　　Otis W. Carroll, Jr.
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 03895700
　　　　　　　　　　　　　　　　　　　　Ireland Carroll & Kelley
　　　　　　　　　　　　　　　　　　　　6101 S. Broadway, Suite 500
　　　　　　　　　　　　　　　　　　　　Tyler, TX 75703
　　　　　　　　　　　　　　　　　　　　Telephone:  903.561.1600
　　　　　　　　　　　　　　　　　　　　Facsimile:   903.581.1071
　　　　　　　　　　　　　　　　　　　　Fedserv@icklaw.com

　　　　　　　　　　　　　　　　　　　　*ATTORNEYS FOR DEFENDANTS*
　　　　　　　　　　　　　　　　　　　　*LAWSON SOFTWARE, INC. AND*
　　　　　　　　　　　　　　　　　　　　*LAWSON SOFTWARE AMERICAS, INC.*

## **CERTICATE OF SERVICE**

I certify that the foregoing document was served by electronic mail to Plaintiff's counsel of record on November 18, 2011 pursuant to Fed. R. Civ. P. 5, Local Rule CV-5(d).

*/s/ Steven M. Kalogeras*
Steven M. Kalogeras
