IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| JUXTACOMM-TEXAS SOFTWARE, LLC | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | Civil Action No. 6:10-CV-00011-LED |
| | § | |
| AXWAY, INC., et al, | § | JURY DEMAND |
| | § | |
| DEFENDANTS. | § | |

## PLAINTIFF'S TRIAL EXHIBIT LIST[1]

| **Presiding Judge:** LEONARD DAVIS | **Plaintiff's Attorney(s):** R. Laurence Macon | **Defendant's Attorney(s):** |
|---|---|---|
| **Trial / Hearing Date(s):**  01/09/12 | **Court Reporter:** Shea Sloan | **Courtroom Deputy:** Rosa Ferguson |

*** Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use**

---

[1] JuxtaComm designates these exhibits without waiving its rights to contest and/or object to the relevance, materiality and/or admissibility of any documents identified on Plaintiff's Trial Exhibit List.  JuxtaComm specifically notes that all exhibits referencing, concerning or discussing any reexamination of the '662 patent may be removed if and when the Court rules on the inadmissibility of evidence regarding patent reexaminations.

| PX EX. No. | Description | BATES RANGE | Category | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|
| P-001 | Certified Copy of the '662 Patent | No bates | A | | | | | | |
| P-002 | Certified Copy of the '662 Patent File wrapper | No bates | B | | | | | | |
| P-003 | Darin Ellis Planner - Handwritten Notes | JXTS00171781 - JXTS00171951[2] | A | | | | | | |
| P-004 | Mike Doyle Inventor Notes | JXTS00162916 - JXTS00163235[3] | A | | | | | | |
| P-005 | Handwritten Notes | JXTS00168761 - JXTS00168859 | B | | | | | | |
| P-006 | TIBCO iProcess Engine, Architecture Guide, Software Release 11.1, September 2009 | Brunt Deposition Exhibit 2 | B | | | | | | |
| P-007 | TIBCO Product Guide | Brunt Deposition Exhibit 5 | B | | | | | | |
| P-008 | TIBCO BPM Presentation | Brunt Deposition Exhibit 6 | B | | | | | | |
| P-009 | BPM Presentation | Brunt Deposition Exhibit 7 | B | | | | | | |
| P-010 | The Architecture of ActiveMatrix BPM an Overview - TIBCO Presentation | Brunt Deposition Exhibit 10 | B | | | | | | |
| P-011 | High Level Architecture brochure | Brunt Deposition Exhibit 12 | B | | | | | | |
| P-012 | TIBCO Business Studio - BPM Implementation | Brunt Deposition Exhibit 13 | B | | | | | | |
| P-013 | EAI Request for Information - Response from TIBCO | Castaldo Deposition Exhibit 4 | B | | | | | | |
| P-014 | Pervasive Data Integrator Version Release 9.2 | Dingman Deposition Exhibit 5 | B | | | | | | |

[2] The original planner will be offered as an exhibit.

[3] The original inventor notes will be offered as an exhibit.

| PX EX. No. | Description | BATES RANGE | Category | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|
| P-015 | Pervasive Data Integrator Version Release 9.2 | Dingman Deposition Exhibit 6 | B | | | | | | |
| P-016 | Upgrade Data Junction DJ Engine & Cambio (marketing material) | Dingman Deposition Exhibit 8 | B | | | | | | |
| P-017 | Data Junction 7.0 Aces Data Conversions | Dingman Deposition Exhibit 10 | B | | | | | | |
| P-018 | Data Services - November 8, 2006 | Dingman Deposition Exhibit 14 | B | | | | | | |
| P-019 | Pervasive Integration Product Evaluator's Guide, Release 9.0 | Dingman Deposition Exhibit 15 | B | | | | | | |
| P-020 | TIBCO's Supplemental Response to Plaintiff's Interrogatory No. 3 | Dora Deposition Exhibit 3 | B | | | | | | |
| P-021 | Defendant Pervasive Software, Inc.'s Responses to JuxtaComm-Texas Software, LLC's First Set of Common Interrogatories to Defendants [Nos. 1-7] | Farr Deposition Exhibit 18 | B | | | | | | |
| P-022 | Presentation for Pervasive Board, Austin - Jan 23, 2003 | Farr Deposition Exhibit 43 | B | | | | | | |
| P-023 | Microsoft, IBM Sued Over Patent Infringement | Farr Deposition Exhibit 44 | A | | | | | | |
| P-024 | Email from John Farr to Mike Hoskins | Farr Deposition Exhibit 45 | A | | | | | | |
| P-025 | 10/20/04 Divjot S. Narang letter to Vivek Ranadive | Fitzsimmons Deposition Exhibit 3 | A | | | | | | |

| PX EX. No. | Description | BATES RANGE | Category | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|
| P-026 | Teilhard article re J.D. Barnes Agrees to License JuxtaComm Patent | Fitzsimmons Deposition Exhibit 7 | A | | | | | | |
| P-027 | 11/19/04, Divjot S. Narang email to Eileen Fitzsimmons | Fitzsimmons Deposition Exhibit 11 | B | | | | | | |
| P-028 | TIBCO Product chart | Fitzsimmons Deposition Exhibit 13 | B | | | | | | |
| P-029 | 2010-10-14, Agile, Repeatable, Affordable SaaS Integration presentation | Hoskins Deposition Exhibit 37 | B | | | | | | |
| P-030 | TIBCO ActiveMatrix Concepts brochure | Jow Deposition Exhibit 2 | B | | | | | | |
| P-031 | TIBCO brochure - Product Overview & Statement of Direction | Jow Deposition Exhibit 3 | B | | | | | | |
| P-032 | TIBCO BusinessWorks Concepts brochure | Jow Deposition Exhibit 5 | B | | | | | | |
| P-033 | TIBCO BusinessWorks Palette Reference Brochure | Jow Deposition Exhibit 6 | B | | | | | | |
| P-034 | TIBCO ActiveMatrix Service Bus Mediation Design Guide | Jow Deposition Exhibit 10 | B | | | | | | |
| P-035 | 2011-01-18 DataFlux Answers and Objections to JuxtaComm First Set of Common Inter. (Nos. 1-7) | No bates | B | | | | | | |
| P-036 | 2011.01.18 SAS's Answers and Objections to JuxtaComm 1st Set of Common Inter. (Nos. 1-7) | No bates | B | | | | | | |

| PX EX. No. | Description | BATES RANGE | Category | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|
| P-037 | 2011-02-08 Lawson's 1st Supplemental Responses to Plaintiff's First Set of Common Inter | No bates | B | | | | | | |
| P-038 | 2011-04-26 Progress Soft Corp & Iona Tech Supplemental Responses & Objections to Interrogatories 4-6 | No bates | B | | | | | | |
| P-039 | 2011-08-12 Pervasive's Response to First Set of Specific Interrogatories | No bates | B | | | | | | |
| P-040 | 2011-09-06, Pervasive Response to 2nd Set of Specific Interrogatories (Nos. 2-3) | No bates | B | | | | | | |
| P-041 | 2011-09-08, TIBCO Supp Interrogatories to 1st Set of Specific Interrogatories | No bates | B | | | | | | |
| P-042 | 2011-09-22, Lawson Responses Objections to 3rd Set of Specific Interrogatories | No bates | B | | | | | | |
| P-043 | 2011-09-22, Progress Response to Second Specific Interrogatories | No bates | B | | | | | | |
| P-044 | 2011-09-23, TIBCO's Supplemental Objections & Responses to JuxtaComm 1st Set of Common Interrogatories to Defendants | No bates | B | | | | | | |

| PX EX. No. | Description | BATES RANGE | Category | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|
| P-045 | 2011-02-11 Lawson 2nd Set of Supplemental Responses to JuxtaComm 1st Set of Common Interrogatories | No bates | B | | | | | | |
| P-046 | 2011-08-29, TIBCO's Objections and Responses to JuxtaComm 2nd Set of Specific Interrogatories | No bates | B | | | | | | |
| P-047 | 2011-09-12, Progress Response to JuxtaComm First Specific Interrogatories (No. 1) | No bates | B | | | | | | |
| P-048 | 2011-03-02 Stipulation Re Pervasive Products (Dkt. No. 428) | No bates | B | | | | | | |
| P-049 | 2011-04-13 Stipulation Regarding Pervasive Products' Distribution Dkt 470 | No bates | B | | | | | | |
| P-050 | 2011-08-15, Progress Stipulation re Dismissal of Rotech Dkt 623 | No bates | B | | | | | | |
| P-051 | 2011-01-25 Plaintiff's Responses &Objections to Progress 1st Set of Interrogatories | No bates | B | | | | | | |
| P-052 | 2011.01.28 Plaintiff's Objections & Responses to Progress's Second Set of Interrogatories | No bates | B | | | | | | |
| P-053 | 2011-02-01 TIBCO Responses to JuxtaComm 1st Set of Common Interrogatories | No bates | B | | | | | | |

| PX EX. No. | Description | BATES RANGE | Category | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|
| P-054 | 2011-04-13 Vitria's First Supplemental Objections and Responses to JuxtaComm's First Set of Interrogatories | No bates | B | | | | | | |
| P-055 | 2011-08-04 TIBCO Objections and Responses to JuxtaComm 1st Set of Specific Inter to TIBCO | No bates | B | | | | | | |
| P-056 | The Forrester Wave: Enterprise ETL, Q2 2007 | No bates | B | | | | | | |
| P-057 | Data Direct Website | No bates | B | | | | | | |
| P-058 | Fuse Source Website | No bates | B | | | | | | |
| P-059 | Progress Website | No bates | B | | | | | | |
| P-060 | TIBCO Executables | No bates | B | | | | | | |
| P-061 | SAS Executables | No bates | B | | | | | | |
| P-062 | Lawson Executables | No bates | B | | | | | | |
| P-063 | Progress/Iona Executables | No bates | B | | | | | | |
| P-064 | Pervasive Executables | No bates | B | | | | | | |
| P-065 | DataFlux Executables | No bates | B | | | | | | |
| P-066 | Vitria Executables | No bates | B | | | | | | |
| P-067 | Progress and IONA 10-Ks and 20-Fs | No bates | B | | | | | | |
| P-068 | Gartner Surveys Show Web Services are Entering the Mainstream | Exhibit D to Rudd Rebuttal Report | B | | | | | | |
| P-069 | Information Integration in the Enterprise | Exhibit G to Rudd Rebuttal Report | B | | | | | | |
| P-070 | 2008 SASWare Ballot Results | Sacerdoti Deposition Exhibit 6 | B | | | | | | |

| PX EX. No. | Description | BATES RANGE | Category | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|
| P-071 | ETL Tool Evaluation Guide | Sacerdoti Deposition Exhibit 9 | B | | | | | | |
| P-072 | SAS Institute's First Amended Answer, Affirmative Defenses, and Counterclaim to JuxtaComm's First Amended Complaint | Sacerdoti Deposition Exhibit 15 | A | | | | | | |
| P-073 | Invalidity Contentions from JuxtaComm I Claim Charts | Sacerdoti Deposition Exhibit 16 | B | | | | | | |
| P-074 | JuxtaComm 3.1f Setups & License | JXTS_EXE00000025 - JXTS_EXE00000025 | B | | | | | | |
| P-075 | JuxtaComm Integration Platform 3.3 - Setup Installation Guide and License | JXTS_EXE00000034 - JXTS_EXE00000034 | B | | | | | | |
| P-076 | TIBCO Activematrix service bus Mediation design guide Software release 2.1 | JXTS00000038 - JXTS00000242 | B | | | | | | |
| P-077 | TIBCO Activematrix service bus getting started Software Release 2.1 | JXTS00000243 - JXTS00000296 | B | | | | | | |
| P-078 | TIBCO Activematrix service grid composite editor users guide Software Release 2.1 | JXTS00000365 - JXTS00000539 | B | | | | | | |
| P-079 | TIBCO Activematrix service grid getting started Software Release 2.1 | JXTS00000620 - JXTS00000780 | B | | | | | | |
| P-080 | TIBCO BusinessWorks Administration Software Release 5.3 | JXTS00001119 - JXTS00001290 | B | | | | | | |

| PX EX. No. | Description | BATES RANGE | Category | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|
| P-081 | TIBCO BusinessWorks concepts Software Release 5.3 | JXTS00001291 - JXTS00001404 | B | | | | | | |
| P-082 | TIBCO BusinessWorks Process Design Guide Software Release 5.3 | JXTS00002129 - JXTS00002446 | B | | | | | | |
| P-083 | TIBCO iProcess Suite Version 11.0 | JXTS00003084 - JXTS00003093 | B | | | | | | |
| P-084 | The BPMS Report: TIBCO iProcess Suite 10.6 | JXTS00003094 - JXTS00003123 | B | | | | | | |
| P-085 | Progress Datadirect DATA Integration Suite | JXTS00003776 - JXTS00003779 | B | | | | | | |
| P-086 | Getting Started with XSLT | JXTS00003780 - JXTS00003794 | B | | | | | | |
| P-087 | Overview of the XSLT Mapper | JXTS00003807 - JXTS00003813 | B | | | | | | |
| P-088 | Chapter 16 Integrating with Third-Party File Systems | JXTS00003879 - JXTS00005495 | B | | | | | | |
| P-089 | Working with Relational Data Sources | JXTS00005513 - JXTS00005521 | B | | | | | | |
| P-090 | IONA Artix Orchestration Release Notes Version 4.2 | JXTS00012832 - JXTS00012847 | B | | | | | | |
| P-091 | Progress Fuse Integration Designer User Guide Version 1.2 | JXTS00013036 - JXTS00013209 | B | | | | | | |
| P-092 | Progress Sonic ESB Deployment Guide V7.6 | JXTS00013214 - JXTS00013387 | B | | | | | | |
| P-093 | Progress Sonic ESB Evaluator's Guide V7.6 | JXTS00013388 - JXTS00013427 | B | | | | | | |
| P-094 | Sonic BPEL Server | JXTS00015451 - JXTS00015454 | B | | | | | | |
| P-095 | Progress Sonic ESB BPEL Server Developers' Guides | JXTS00015654 - JXTS00015919 | B | | | | | | |

| PX EX. No. | Description | BATES RANGE | Category | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|
| P-096 | SAS Enterprise ETL Server - High performance data integration platform reduces cost of enterprise ETL and delivers a single version of the truth | JXTS00056745 - JXTS00056748 | B | | | | | | |
| P-097 | SAS Data Integration Studio Fact Sheet - Simplifies data integration with powerful prebuilt transformations, sophisticated impact analysis and reusable metadata | JXTS00058221 - JXTS00058224 | B | | | | | | |
| P-098 | SAS Metadata Server Fact Sheet - A centralized repository for storing and managing enterprise metadata | JXTS00058232 - JXTS00058235 | B | | | | | | |
| P-099 | SAS Enterprise Data Integration Server Fact Sheet - A complete solution designed to meet the full spectrum of enterprise data integration needs | JXTS00147359 - JXTS00147366 | B | | | | | | |
| P-100 | Progress Sonic ESB Adapters Data Sheet | JXTS00148436 - JXTS00148440 | B | | | | | | |
| P-101 | ProcessFlow Integrator Part 10: The SQL Update Node | JXTS00149723 - JXTS00149727 | B | | | | | | |
| P-102 | ProcessFlow Integrator Part 5: The Query DME Node | JXTS00149749 - JXTS00149756 | B | | | | | | |
| P-103 | ProcessFlow Integrator Part 6: The Transaction AGS Node | JXTS00149757 - JXTS00149764 | B | | | | | | |

| PX EX. No. | Description | BATES RANGE | Category | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|
| P-104 | Lawson ProcessFlow Integrator | JXTS00160293 - JXTS00160299 | B | | | | | | |
| P-105 | Patent File | JXTS00167615 - JXTS00167782 | B | | | | | | |
| P-106 | Presentation Materials - An In-Depth Look into DF Solutions | JXTS00172470 - JXTS00172485 | B | | | | | | |
| P-107 | Guidelines/Manual - Data Integrator, Map Designer User's Guide | JXTS00216955 - JXTS00217024 | B | | | | | | |
| P-108 | Patent License Agreement between JuxtaComm and PetroCore | JXTS00232940 - JXTS00232949 | B | | | | | | |
| P-109 | Patent License Agreement (JuxtaComm Technologies and JuxtaComm-Texas Software) (signed) | JXTS00234015 - JXTS00234023 | B | | | | | | |
| P-110 | Patent License Agreement with J.D. Barnes Limited | JXTS00277509 - JXTS00277519 | B | | | | | | |
| P-111 | Patent Management Agreement (Shopplex and Inkster) (signed) | JXTS00600344 - JXTS00600349 | B | | | | | | |
| P-112 | Patent License Agreement (JuxtaComm and PetroCore) (signed) | JXTS00660250 - JXTS00660259 | B | | | | | | |
| P-113 | Settlement Agreement and Release between Teilhard and Oracle (Re US District Court of California, No. C-06-2889; and the District of Columbia, No. 06-CV-01810) | JXTS00895868 - JXTS00895897 | B | | | | | | |

| PX EX. No. | Description | BATES RANGE | Category | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|
| P-114 | Patent Cross-License Agreement (JuxtaComm and Oracle)(signed) | JXTS00895898 - JXTS00895907 | B | | | | | | |
| P-115 | 2002-09-13, A Technical Analysis of Selected Enterprise Application Integration Technologies Currently Available in the N. American Software Market and Their Possible Infringement of JuxtaComm Technologies Inc.'s United States Patent 6,195,662 | JXTS00946377 - JXTS00946396 | B | | | | | | |
| P-116 | 01/01/02, Software License Agreement between JuxtaComm Technologies, Inc. and Shopplex Corporation | JXTS01020933 - JXTS01020961 | B | | | | | | |
| P-117 | 06/28/05, Patent License Agreement between JuxtaComm Technologies, Inc. and Illumicell Corporation | JXTS01027984 - JXTS01027993 | B | | | | | | |
| P-118 | JuxtaComm-Microsoft Settlement and License Agreement | JXTS01040736 - JXTS01040749 | B | | | | | | |
| P-119 | JuxtaComm/Open Text Settlement Agreement | JXTS01040750 - JXTS01040767 | B | | | | | | |
| P-120 | Settlement agreement (JuxtaComm and Sybase) (Signed by JuxtaComm) | JXTS01040768 - JXTS01040801 | B | | | | | | |

| PX EX. No. | Description | BATES RANGE | Category | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|
| P-121 | Sybase/JuxtaComm Settlement Agreement (signed by Sybase) | JXTS01040802 - JXTS01040835 | B | | | | | | |
| P-122 | JuxtaComm/MetaStorm Settlement Agreement | JXTS01040836 - JXTS01040849 | B | | | | | | |
| P-123 | Informatica/JuxtaComm Settlement Agreement | JXTS01040850 - JXTS01040873 | B | | | | | | |
| P-124 | White Paper re The Business of Process Integration | JXTS01040880 - JXTS01040898 | B | | | | | | |
| P-125 | The SAS Enterprise Intelligence Platform: SAS Data Integration | JXTS01042389 - JXTS01042402 | B | | | | | | |
| P-126 | IBM/JuxtaComm Settlement Agreement | JXTS01048957 - JXTS01048967 | B | | | | | | |
| P-127 | SAS(R) Data Integration Server | JXTS01048969 - JXTS01048976 | B | | | | | | |
| P-128 | CA/JuxtaComm Settlement Agreement | JXTS01049057 - JXTS01049071 | B | | | | | | |
| P-129 | Fiorano/JuxtaComm Settlement Agreement | JXTS01049072 - JXTS01049087 | B | | | | | | |
| P-130 | Information Builders/JuxtaComm Settlement Agreement | JXTS01049088 - JXTS01049104 | B | | | | | | |
| P-131 | Intersystems/JuxtaComm Settlement Agreement | JXTS01049105 - JXTS01049124 | B | | | | | | |
| P-132 | Software AG/JuxtaComm Settlement and License Agreement | JXTS01049125 - JXTS01049143 | B | | | | | | |
| P-133 | JuxtaComm/Business Objects Patent License and Settlement Agreement | JXTS01049144 - JXTS01049174 | B | | | | | | |

| PX EX. No. | Description | BATES RANGE | Category | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|
| P-134 | 11/12/10, Settlement and License Agreement (among Axway, Inc. and JuxtaComm-Texas Software, LLC) | JXTS01049175 - JXTS01049188 | B | | | | | | |
| P-135 | Data Integration Brochure | JXTS01050815 - JXTS01050815 | B | | | | | | |
| P-136 | SAS 9.1.3 Language Reference: Concepts Third Edition | JXTS01130945 - JXTS01131595 | B | | | | | | |
| P-137 | The Forrester Wave: Enterprise Service Bus, Q2 2011 | JXTS01197037 - JXTS01197051 | B | | | | | | |
| P-138 | TIBCO - Earnings Call Transcripts for 2005 to 2008 | JXTS01198331 - JXTS01198477 | B | | | | | | |
| P-139 | TIBCO - Earnings Call Transcripts for 2009 - 2010 | JXTS01198478 - JXTS01198554 | B | | | | | | |
| P-140 | TIBCO Designer User's Guide Software Release 5.6 | JXTS01198670 - JXTS01198883 | B | | | | | | |
| P-141 | 07/21/11, Settlement and License Agreement (among Magic Software Enterprises, Inc., Magic Software Enterprises, Ltd., and JuxtaComm-Texas Software, LLC) | JXTS01206608 - JXTS01206621 | B | | | | | | |
| P-142 | 2009-08-01, Artix Orchestration Release Notes Version 5.5 | JXTS01206674 - JXTS01206772 | B | | | | | | |
| P-143 | Progress Artix ESB Technical Brief Advanced SOA Infrastructure Suite | JXTS01206773 - JXTS01206796 | B | | | | | | |
| P-144 | Magic Quadrant-Data Integration Tools 2006 | JXTS01210889 - JXTS01210906 | B | | | | | | |

| PX EX. No. | Description | BATES RANGE | Category | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|
| P-145 | Ellis Notes - Page 1 and Page 2 | JXTS01218013 - JXTS01218014 | B | | | | | | |
| P-146 | Red Hat/JuxtaComm Settlement Agreement | JXTS01218161 - JXTS01218185 | B | | | | | | |
| P-147 | Defendants' Amended Invalidity Contentions dated July 3, 2008 | JXTSIC-01162029 - JXTSIC-01162817 | B | | | | | | |
| P-148 | Defendants' Invalidity Contentions dated April 10, 2008 | JXTSIC-01162879 - JXTSIC-01162906 | B | | | | | | |
| P-149 | Declaration of Lee Kilmer in Support of Defendants Lawson Software, Inc. and Lawson Software Americas, Inc.'s Motion for Summary Judgment | Kilmer Deposition Exhibit 2 | B | | | | | | |
| P-150 | Lawson Architecture - Transaction Life Cycle | Kilmer Deposition Exhibit 3 | B | | | | | | |
| P-151 | 04/01/08, ProcessFlow Integrator, Part 3: What's in the Box? Article | Kneer Deposition Exhibit 4 | B | | | | | | |
| P-152 | Lawson Architecture Transaction Life Cycle | Kneer Deposition Exhibit 5 | B | | | | | | |
| P-153 | 01/08, S3 Lawson System Foundation Architecture Guide, Version 9.0.1.x | Kneer Deposition Exhibit 6 | B | | | | | | |
| P-154 | Session BPM06: Introduction to ProcessFlow Integrator 9.0 | Kneer Deposition Exhibit 7 | B | | | | | | |
| P-155 | 11/08, Lawson ProcessFlow Developer Guide, Version 9.0.1.x | Kneer Deposition Exhibit 9 | B | | | | | | |

| PX EX. No. | Description | BATES RANGE | Category | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|
| P-156 | 2002-05-29, A Technical Analysis of Selected Enterprise Application Integration Technologies Currently Available in the North American Business Software Market and Their Possible Infringement of JuxtaComm Technologies Inc.'s United States Patent 6,195,662 | Knox Deposition Exhibit 3 | B | | | | | | |
| P-157 | 2002-10-01 Kevin Gault email to David Synnott, et al. | Knox Deposition Exhibit 4 | B | | | | | | |
| P-158 | 2002-10-02 Letter from Kevin S. Gault to Scott A. Lowry | Knox Deposition Exhibit 5 | B | | | | | | |
| P-159 | 2004-11-29 Letter from Divjot S. Narang to Eileen Fitzsimmons | Knox Deposition Exhibit 8 | B | | | | | | |
| P-160 | 2005-03-14 Letter from Paul K. Tomita to Eileen Fitzsimmons | Knox Deposition Exhibit 9 | B | | | | | | |
| P-161 | ProcessFlow Administration Guide, UNIX, Windows, and iSeries, Version 8.0.3 | LAWSON00053099 - LAWSON00053408 | B | | | | | | |
| P-162 | Lawson Software, Inc. Form 10-K, for fiscal year ended May 31, 2008 | LAWSON00056956 - LAWSON00057084 | B | | | | | | |
| P-163 | LSF 18, Lawson System Foundation 9.0 Architecture & Requirements | LAWSON00069237 - LAWSON00069266 | B | | | | | | |
| P-164 | Lawson ProcessFlow Integrator for M3 Overview | LAWSON00080617 - LAWSON00080635 | B | | | | | | |

| PX EX. No. | Description | BATES RANGE | Category | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|
| P-165 | Migrating from ProcessFlow Professional and Business Component Integrator | LAWSON00082795 - LAWSON00082799 | B | | | | | | |
| P-166 | Technology Positioning, The Future of Technology Products | LAWSON00089653 - LAWSON00089673 | B | | | | | | |
| P-167 | S3 Product line Overview | LAWSON00092173 - LAWSON00092183 | B | | | | | | |
| P-168 | Sonic ESB Developer's Guide V7.6.1 | Meritt Deposition Exhibit 4 | B | | | | | | |
| P-169 | Progress DataDirect Data Integration Suite Brochure | Meritt Deposition Exhibit 6 | B | | | | | | |
| P-170 | Stylus Studio 2009 Users Guide | Meritt Deposition Exhibit 8 | B | | | | | | |
| P-171 | SOA and Data Integration across heterogeneous data sources | Meritt Deposition Exhibit 9 | B | | | | | | |
| P-172 | Progress Software and Iona Technologies Objections and Responses to JuxtaComm's First Set of Interrogatories | Meritt Deposition Exhibit 10 | B | | | | | | |
| P-173 | 2008-12-01, Artix ESB, Developing Artix Database Service, Version 5.5 Guide | PRG00030627 - PRG00030680 | B | | | | | | |
| P-174 | Progress Software / Artix ESB / Glossary / Version 5.5 December 2008 | PRG00032106 - PRG00032161 | B | | | | | | |
| P-175 | Progress Artix Data Services, User Guide, Version 3.9 | PRG00064075 - PRG00064437 | B | | | | | | |

| PX EX. No. | Description | BATES RANGE | Category | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|:---:|:---:|:---:|:---:|:---:|---|---|
| P-176 | Sonic ESB and Sonic ESB Product Family Brains Document (Draft), Reviews for ESB 7.5 Messages embargoed until April 30, 2007 | PRG00087230 - PRG00087313 | B | | | | | | |
| P-177 | Progress Presentation | PRG00087634 - PRG00087688 | B | | | | | | |
| P-178 | The Power of Progress 2009 | PRG00087689 - PRG00087760 | B | | | | | | |
| P-179 | IONA Artix Case Study Slides | PRG00088798 - PRG00088818 | B | | | | | | |
| P-180 | from (artix://esb).to (sonic.//connect) The Evolutionary Leap | PRG00089114 - PRG00089157 | B | | | | | | |
| P-181 | Sonic Software Corporation - Valuation Analysis as of July 1, 2005 | PRG00091337 - PRG00091405 | B | | | | | | |
| P-182 | Progress Software Supports Charles River Development's Event Based Architecture with the Real-Time, Low Latency SonicMQ Messaging Platform | PRG00091573 - PRG00091574 | B | | | | | | |
| P-183 | Sonic Software Captures IDG's Computerworld Innovative Technology award for Enterprise Software | PRG00091642 - PRG00091643 | B | | | | | | |
| P-184 | Progress Software Reports 2009 First Quarter Results | PRG00091784 - PRG00091791 | B | | | | | | |
| P-185 | Progress Software Corporation Frequently Asked Questions | PRG00096934 - PRG00096948 | B | | | | | | |

| PX EX. No. | Description | BATES RANGE | Category | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|
| P-186 | IONA Technologies Joins Forces with Progress Software | PRG00098609 - PRG00098626 | B | | | | | | |
| P-187 | Progress Software Corporation to Acquire Setter FAQs | PRG00100646 - PRG00100652 | B | | | | | | |
| P-188 | The FUSE-led SOA Portfolio, Checkpoint Update | PRG00101964 - PRG00101989 | B | | | | | | |
| P-189 | Sonic ESB, How to win in 2007 | PRG00102032 - PRG00102090 | B | | | | | | |
| P-190 | Sonic ESB: An Architecture and Lifecycle Definition | PRG00102919 - PRG00102974 | B | | | | | | |
| P-191 | ESB Container Configuration, Management and Deployment Functional Definition Document | PRG00118032 - PRG00118037 | B | | | | | | |
| P-192 | INT-4: Introducing Sonic ESB | PRG00119523 - PRG00119560 | B | | | | | | |
| P-193 | DataDirect Data Services Briefing EMC/RSA - Secure Drive concept | PRG00121588 - PRG00121614 | B | | | | | | |
| P-194 | Stylus Studio Brochure | PRG00152980 - PRG00152983 | B | | | | | | |
| P-195 | Source Code | PRG00153638 - PRG00156430 | B | | | | | | |
| P-196 | Valuation Analysis | PRG00231890 - PRG00232084 | B | | | | | | |
| P-197 | IONA Directors' Report and Consolidated Financial Statements for the Year ended December 31, 2007 | PRG00240028 - PRG00240151 | B | | | | | | |
| P-198 | Integration Products, Internal Training Slides for ISV Sales | PSI00007967 - PSI00008070 | B | | | | | | |
| P-199 | Competitive Product Technical Analysis | PSI00145984 - PSI00145984 | B | | | | | | |
| P-200 | 19.2 Product Roadmap | PSI00164298 - PSI00164304 | B | | | | | | |

| PX EX. No. | Description | BATES RANGE | Category | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|
| P-201 | Rotech's Systems Integration | Rettew Deposition Exhibit 4 | B | | | | | | |
| P-202 | Disabled Sonic Services | Rettew Deposition Exhibit 5 | B | | | | | | |
| P-203 | 09/15/06, Check No. 2262140 from Rotech to Sonic Software | Rettew Deposition Exhibit 14 | B | | | | | | |
| P-204 | DataFlux Integration Server | SAS00003793 - SAS00003964 | B | | | | | | |
| P-205 | DataFlux dfPower Studio | SAS00003965 - SAS00004044 | B | | | | | | |
| P-206 | SAS Data Integration Studio 4.2 User's Guide | SAS00018198 - SAS00018669 | B | | | | | | |
| P-207 | SAS Data Integration Server - A complete solution designed to meet your date integration needs | SAS00033493 - SAS00033500 | B | | | | | | |
| P-208 | SAS Data Integration Studio 2: Additional Topics Course Notes | SAS00038009 - SAS00038788 | B | | | | | | |
| P-209 | Email re List of new functions at SAS 9 | SASJX00725209-SASJX00725220 | B | | | | | | |
| P-210 | 05/05/09 Email from Tony Fisher to DataFlux Internal | SASJX01153422 - SASJX01153428 | B | | | | | | |
| P-211 | SAS Agenda, Disney/SAS Relationship | SASJX01561388 - SASJX01561390 | B | | | | | | |
| P-212 | A Whole New World: What's New in SAS Data Integration Studio 4.2 | SASJX02300592 - SASJX02300610 | B | | | | | | |
| P-213 | Chapter 2 Installation | SASJX02331885 - SASJX02331920 | B | | | | | | |
| P-214 | Chapter 5, Batch Processing | SASJX02332060 - SASJX02332086 | B | | | | | | |
| P-215 | ETL at SAS presentation | SASJX02343828 - SASJX02343854 | B | | | | | | |
| P-216 | A Pragmatic Programmers Introduction to Data Integration Studio: Hands on Workshop | SASJX02440633 - SASJX02440666 | B | | | | | | |

| PX EX. No. | Description | BATES RANGE | Category | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|
| P-217 | DataFlux FAQ for DUE 2005 | SASJX02649702 - SASJX02649702 | B | | | | | | |
| P-218 | SAS Data Integration Studio - R&D Training Section 2 | SASJX03011872 - SASJX03011887 | B | | | | | | |
| P-219 | TIBCO Business Studio: Process Modeling | TIBCO00005172 - TIBCO00005446 | B | | | | | | |
| P-220 | TIBCO ActiveMatrix Service Bus: Mediation Design Guide | TIBCO00007908 - TIBCO00008161 | B | | | | | | |
| P-221 | TIBCO iProcess Server Objects (Java) Programmer's Guide | TIBCO00014470 - TIBCO00014801 | B | | | | | | |
| P-222 | TIBCO Business Studio: Customization | TIBCO00025034 - TIBCO00025107 | B | | | | | | |
| P-223 | TIBCO Business Studio: Process Modeling User's Guide | TIBCO00025330 - TIBCO00025613 | B | | | | | | |
| P-224 | TIBCO Business Studio: iProcess Implementation Guide | TIBCO00025716 - TIBCO00026009 | B | | | | | | |
| P-225 | TIBCO Product Overview | TIBCO00032640 - TIBCO00032643 | B | | | | | | |
| P-226 | TIBCO ActiveMatrix BPM | TIBCO00032650 - TIBCO00032651 | B | | | | | | |
| P-227 | TIBCO ActiveMatrix BusinessWorks | TIBCO00032656 - TIBCO00032657 | B | | | | | | |
| P-228 | Delta Takes Off With TIBCO ActiveMatrix | TIBCO00032665 - TIBCO00032666 | B | | | | | | |
| P-229 | Tata Teleservices uses TIBCO to accelerate time to market | TIBCO00032717 - TIBCO00032718 | B | | | | | | |
| P-230 | Introduction to TIBCO iProcess Suite | TIBCO00032775 - TIBCO00032788 | B | | | | | | |
| P-231 | Magic Quadrant for Application Infrastructure for Back-End Application Integration Projects | TIBCO00033089 - TIBCO00033098 | B | | | | | | |

| PX EX. No. | Description | BATES RANGE | Category | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|
| P-232 | Article: TIBCO Scores Well At the Top Of The IC-BPMS Market | TIBCO00033099 - TIBCO00033102 | B | | | | | | |
| P-233 | Doris Kinasz letter to TIBCO | TIBCO00033720 - TIBCO00033720 | B | | | | | | |
| P-234 | 11/15/07, TIBCO Price Book | TIBCO00042672 - TIBCO00042798 | B | | | | | | |
| P-235 | The Forrester Wave Comprehensive Integration Solutions, Q4 2010 | TIBCO00114700 - TIBCO00114720 | B | | | | | | |
| P-236 | 11/03/04, Joshua Krefetz facsimile to Paul Tomita | Tomita Deposition Exhibit 2 | B | | | | | | |
| P-237 | TIBCO Software, Inc., Investigate U.S. Patent No. 6,195,662 | Tomita Deposition Exhibit 5 | B | | | | | | |
| P-238 | Victor Friday Memo | Tomita Deposition Exhibit 8 | B | | | | | | |
| P-239 | 01/21/05, Facsimile re U.S. Patent No. 5,339,392 | Tomita Deposition Exhibit 12 | B | | | | | | |
| P-240 | Letter from Divjot Narang to Aaron Timm | VTIJ00111034-VTIJ00111036 | A | | | | | | |
| P-241 | Letter from Marc Kaufman to Divjot Narang | VTIJ00111037-VTIJ00111038 | A | | | | | | |
| P-242 | Letter from Marc Kaufman to Divjot Narang | VTIJ00111039-VTIJ00111040 | A | | | | | | |
| P-243 | Stipulation by Third Party Akamai Technologies, Inc. | Williams Deposition Exhibit 1 | B | | | | | | |
| P-244 | U.S. Patent, 5,339,392 (Risberg et al) | Woodward Deposition Exhibit 4 | B | | | | | | |
| P-245 | Teknekron Trading System User's Guide: MarketSheet | Woodward Deposition Exhibit 5 | B | | | | | | |

| PX EX. No. | Description | BATES RANGE | Category | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|
| P-246 | Service Agreement between Progress and Flexera | Znidarsic Deposition Exhibit 1 | B | | | | | | |
| P-247[4] | Certified Copy of file history for 1st reexamination from the USPTO | JXTS01096479 - JXTS01129302 | B | | | | | | |
| P-248[5] | Copy of 1st reexamination pulled off of Private PAIR through 06/09/11 | JXTS01161279 - JXTS01197036 | B | | | | | | |
| P-249[6] | Certified Copy of the 2nd Reexamination | No bates | B | | | | | | |
| P-250[7] | Copy of 2nd reexamination pulled off of Private PAIR through 06/03/11 | JXTS01140794 - JXTS01161278 | B | | | | | | |

---

[4] This exhibit is designated as a rebuttal exhibit to inequitable conduct claims.  JuxtaComm does not waive its objections regarding the admissibility of any evidence or testimony concerning any reexaminations.  If and when the Court excludes all evidence concerning the reexaminations, JuxtaComm will remove this exhibit from its list.

[5] This exhibit is designated as a rebuttal exhibit to inequitable conduct claims.  JuxtaComm does not waive its objections regarding the admissibility of any evidence or testimony concerning any reexaminations.  If and when the Court excludes all evidence concerning the reexaminations, JuxtaComm will remove this exhibit from its list.

[6] This exhibit is designated as a rebuttal exhibit to inequitable conduct claims.  JuxtaComm does not waive its objections regarding the admissibility of any evidence or testimony concerning any reexaminations.  If and when the Court excludes all evidence concerning the reexaminations, JuxtaComm will remove this exhibit from its list.

[7] This exhibit is designated as a rebuttal exhibit to inequitable conduct claims.  JuxtaComm does not waive its objections regarding the admissibility of any evidence or testimony concerning any reexaminations.  If and when the Court excludes all evidence concerning the reexaminations, JuxtaComm will remove this exhibit from its list.

Dated:   November 21, 2011                    Respectfully Submitted,

**Akin Gump Strauss Hauer & Feld LLP**

R. LAURENCE MACON
State Bar No. 12787500
lmacon@akingump.com
KIRT S. O'NEILL
State Bar No. 00788147
koneill@akingump.com
MELANIE G. COWART
State Bar No. 04920100
mcowart@akingump.com
300 Convent Street, Suite 1600
San Antonio, Texas 78205-3732
Telephone: (210) 281-7000
Fax: (210) 224-2035

MICHAEL L. KIKLIS
District of Columbia Bar No. 462690
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564
Telephone: (202) 887-4000
Fax: (202) 887-4288

─ and ─

**LOCAL COUNSEL**

T. JOHN WARD, JR.
**WARD & SMITH LAW FIRM**
P.O. Box 1231
Longview, Texas 75606-1231
Telephone:  (903) 757-6400
Fax:  (903) 757-2323
jw@jwfirm.com

**ATTORNEYS FOR PLAINTIFF**
**JUXTACOMM-TEXAS SOFTWARE, LLC**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this Motion was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(b)(1).  Pursuant to Fed. R. Civ. P. 5(a)-(d) and Local Rule CV-5(b)(2), all other counsel or record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 21st day of November 2011.


_____
R. LAURENCE MACON