**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| JUXTACOMM-TEXAS SOFTWARE, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>AXWAY, INC., et al.,<br><br>                Defendants. | Civil Action No. 6:10-CV-00011 (LED)<br><br>JURY TRIAL DEMANDED |

## NOTICE OF JOINDER IN DEFENDANTS MOTIONS IN LIMINE

Defendants Lawson Software, Inc. and Lawson Software Americas, Inc. (collectively, "Lawson"), hereby join in Motions in Limine Nos. 2-9 filed by defendants SAS Institute Inc. and DataFlux Corporation ("SAS/DataFlux") (Dkt. No. 983).

With respect to SAS/DataFlux's Motion in Limine No. 3 – "To Preclude Any Expert From Introducing Opinion Testimony Outside the Scope of Its Experts' Reports" – Lawson notes that Lawson has moved to strike the initial damages expert report of Michael Dansky ("Initial Dansky Report") because it fails to provide a complete damages analysis, as required by Fed. R. Civ. P. 26(a)(2)(B). *See* Dkt. No. 652. JuxtaComm has since moved for leave to serve a supplement damages report, which Lawson opposes. *See* Dkt. Nos. 666, 676. For the reasons set forth in Lawson's opposition to JuxtaComm's motion for leave to supplement and in SAS/DataFlux's Motion in Limine No. 3, in the event the Court does not grant Lawson's motion to strike the Initial Dansky Report, Mr. Dansky should nonetheless be precluded from offering any opinion or testimony beyond the scope of the Initial Dansky Report.

| | |
|---|---|
| Dated: December 5, 2011 | */s/ Mark N. Reiter* |
| | Mark N. Reiter |
| | Josh A. Krevitt<br>Paul E. Torchia<br>Steven M. Kalogeras<br>Joshua Furman<br>Gibson Dunn & Crutcher - NYC<br>200 Park Ave., 48th Floor<br>New York, NY 10166<br>Telephone: (212) 351-4000<br>Facsimile: (212) 351-4035<br>jkrevitt@gibsondunn.com<br>ptorchia@gibsondunn.com<br>skalogeras@gibsondunn.com<br>jfurman@gibsondunn.com |
| | Mark N. Reiter<br>Texas Bar No. 16759900<br>Mandy Pezzano<br>Texas Bar No. 24074886<br>Gibson Dunn & Crutcher – Dallas<br>2100 McKinney Avenue, Suite 1100<br>Dallas, TX 75201-6912<br>Telephone: (214) 698-3100<br>Facsimile: (214) 571-2900<br>mreiter@gibsondunn.com<br>mpezzano@gibsondunn.com |
| | Otis W. Carroll, Jr.<br>Texas Bar No. 03895700<br>Ireland Carroll & Kelley<br>6101 S. Broadway, Suite 500<br>Tyler, TX 75703<br>Telephone: 903.561.1600<br>Facsimile: 903.581.1071<br>Fedserv@icklaw.com |
| | *ATTORNEYS FOR DEFENDANTS<br>LAWSON SOFTWARE, INC. AND<br>LAWSON SOFTWARE AMERICAS, INC.* |

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed electronically on December 5, 2011 pursuant to Local Rule CV-5(a) and has been served on all counsel of record who have consented to electronic service.

                                                 */s/ Mark N. Reiter*
                                                 Mark N. Reiter