**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **JUXTACOMM-TEXAS SOFTWARE, LLC,** | § § § | |
| Plaintiff | § § | **CASE NO. 6:10CV11** |
| vs. | § § § | **PATENT CASE** |
| **AXWAY, INC., et al.,** | § § | |
| Defendants | § | |

### ORDER

On July 5, 2012, the Court granted Defendants' Motion for Summary Judgment of Invalidity (*See* Docket No. 1079). Having found that Claims 1 and 17 of U.S. Patent No. 6,195,662 are invalid pursuant to 35 U.S.C. § 112 ¶ 2, it is here hereby **ORDERED, ADJUDGED and DECREED** that Plaintiff Juxtacomm-Texas Software, LLC take nothing from Defendants and that all pending motions are **DENIED**.

It is further **ORDERED, ADJUDGED and DECREED** that Defendants' costs of court should be taxed against Plaintiff. The parties are directed to the Standing Order Regarding Bill of Costs on the Court's website.

**So ORDERED and SIGNED this 19th day of September, 2012.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**